| | |
|---|---|
| MEYER WILSON CO., LPA<br>Matthew R. Wilson (SBN 290473)<br>mwilson@meyerwilson.com<br>Michael J. Boyle, Jr. (SBN 258560)<br>mboyle@meyerwilson.com<br>Jared W. Connors (*pro hac vice* to be filed)<br>jconnors@meyerwilson.com<br>305 W. Nationwide Blvd.<br>Columbus, OH 43215<br>Telephone: (614) 224-6000<br>Facsimile:  (614) 224-6066 | TURKE & STRAUSS LLP<br>Raina Borrelli (*pro hac vice* to be filed)<br>raina@turkestrauss.com<br>613 Williamson St., #201<br>Madison, WI 53703<br>P: (608) 237-1775 |

*Attorneys for Plaintiff and the Proposed Class*

| | |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH LLP<br>Jon P. Kardassakis, SB# 90602<br>  E-Mail: Jon.Kardassakis@lewisbrisbois.com<br>633 West 5th Street, Suite 4000<br>Los Angeles, CA 90071<br>Telephone: (213) 250.1800<br>Facsimile: (213) 250.7900 | LEWIS BRISBOIS BISGAARD & SMITH LLP<br>Michael K. Johnson, SB# 130193<br>  E-Mail: Michael.Johnson@lewisbrisbois.com<br>2185 N. California Blvd., Suite 300<br>Walnut Creek, CA 94549-2872<br>Telephone: (925) 357.3456<br>Facsimile: (925) 478.3260 |

*Attorneys for Defendant Meyer Corporation U.S.*

# IN THE DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADELEINE BRASCH, on behalf of herself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>MEYER CORPORATION, U.S.<br><br>*Defendant*. | Case No. 4:22-cv-3570-YGR<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>Complaint Filed:   June 22, 2022<br>Trial Date:            None Set |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff Madeleine Brasch and Defendant Meyer Corporation, U.S. hereby stipulate to the dismissal of this action without prejudice.

| | | |
|---|---|---|
| 1 | Dated: October 21, 2022 | Respectfully submitted, |
| 2 | | |
| 3 | | By: */s/ Michael J. Boyle, Jr..* |
| 4 | | |
| 5 | | MEYER WILSON CO., LPA<br>Matthew R. Wilson (SBN 290473)<br>mwilson@meyerwilson.com |
| 6 | | Michael J. Boyle, Jr. (SBN 258560)<br>mboyle@meyerwilson.com |
| 7 | | Jared W. Connors (*pro hac vice* to be filed)<br>jconnors@meyerwilson.com |
| 8 | | 305 W. Nationwide Blvd<br>Columbus, OH 43215 |
| 9 | | Telephone:(614) 224-6000<br>Facsimile:  (614) 224-6066 |
| 10 | | |
| 11 | | *Attorneys for Plaintiff and the Proposed Class* |
| 12 | DATE:  October 21, 2022 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 13 | | |
| 14 | | By:  */s/ Michael K. Johnson (per email authorization)* |
| 15 | | Michael K. Johnson, SB# 130193<br>  E-Mail: Michael.Johnson@lewisbrisbois.com |
| 16 | | 2185 N. California Blvd., Suite 300<br>Walnut Creek, CA 94549-2872 |
| 17 | | Telephone: (925) 357.3456<br>Facsimile: (925) 478.3260 |
| 18 | | Jon P. Kardassakis, SB# 90602 |
| 19 | | E-Mail: Jon.Kardassakis@lewisbrisbois.com<br>633 West 5th Street, Suite 4000 |
| 20 | | Los Angeles, CA 90071<br>Telephone: (213) 250.1800 |
| 21 | | Facsimile: (213) 250.7900 |
| 22 | | *Attorneys for Defendant*<br>MEYER CORPORATION, U.S. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
10/24/2022

**CERTIFICATE OF SERVICE**

I, Michael J. Boyle, Jr., hereby certify that on October 21, 2022, I caused the foregoing to be transmitted by email to the following:

>Michael Johnson
>Michael.Johnson@lewisbrisbois.com
>LEWIS BRISBOIS, LLP
>2185 N. California Blvd., Suite 300
>Walnut Creek, CA 94596
>Telephone: (925) 478-3273
>Facsimile: (925) 478-3260

DATED this 21st day of October, 2022.

>MEYER WILSON CO., LPA
>
>By:  */s/ Michael J. Boyle, Jr.*
>      Michael J. Boyle, Jr. (Bar No. 258560)
>      Email: mboyle@meyerwilson.com
>      MEYER WILSON CO., LPA
>      305 W. Nationwide Blvd.
>      Columbus, OH 43215
>      Telephone: (614) 224-6000
>      Facsimile: (614) 224-6066